

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

NO. PD-0302-22

EX PARTE CAMERON MICHAEL MOON, Appellant

ON STATE'S PETITION FOR DISCRETIONARY REVIEW
FROM THE FIRST COURT OF APPEALS
HARRIS COUNTY

*Per curiam.*

**O R D E R**

On September 7, 2022, the Court granted the State's petition for discretionary review and a separate ground on its own motion. *Ex parte Moon*, PD-0302-22 (Tex. Crim. App. Sept. 7, 2022). On November 3, Appellant filed a motion here urging the Court to dismiss the case on jurisdictional grounds. Before deciding whether to grant or deny Appellant's motion, we invite the State to file a response to his motion within fifteen days of the date of issuance of this order.

The Clerk of this Court will send copies of this order to the Court of Appeals for the First District, the State Prosecuting Attorney, the Harris County District Attorney, and

Appellant.


Filed: November 23, 2022

Do not publish